IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| LUZ ENITH KNIGHT, ) | Case No. 08-41419-abf7 |
| ) | |
| Debtor. ) | |

### MOTION TO TRANSFER FUNDS TO COURT REGISTRY

COMES NOW Gary D. Barnes, Trustee in bankruptcy for Luz Enith Knight (the "Trustee"), by and through his Counsel, and files this Motion to Transfer Funds to Court Registry. In support thereof the Trustee states:

1. Gary D. Barnes is the duly acting and qualified Trustee of this bankruptcy estate.

2. The Trustee filed his Notice and Summary of the Trustee's Final Report on July 7, 2010, and served the same upon all parties of interest. An Objection deadline for responses was set for July 28, 2010, and on July 29, 2010, the Court entered its Order approving the Trustee's Final Report and authorizing distribution in this case.

3. Dividend checks were cut on July 30, 2010, and forwarded to claimants.

4. The dividend sent to Claimant, Bank of Lee's Summit (Claim #2), in the amount of $27.81, was never cashed and the Trustee stopped payment on this stale check.

5. The dividend sent to Claimant, Cavalry SPV I LLC Assignee of Sprint (Claim #3), in the amount of $124.96, was never cashed and the Trustee stopped payment on this stale check.

6. There remains cash in the bankruptcy estate's account of $152.77.

WHEREFORE, the Trustee moves the Court for an Order to transfer the funds held in the bankruptcy estate's account in the sum of $152.77 to the Court Registry; and for such other and further relief as this Court deems just and proper.

HUSCH BLACKWELL LLP

*/s/ Gary D. Barnes*
Gary D. Barnes, Esq. #26976
4801 Main, Suite 1000
Kansas City, MO  64112
Telephone:	(816) 983-8000
Facsimile:	(816) 983-8080

ATTORNEYS FOR TRUSTEE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the MOTION TO TRANSFER FUNDS TO COURT REGISTRY was forward on October 3, 2011, via first-class U.S. Mail, postage pre-paid, or by electronic transmission, as applicable, to the following:

Office of the UST Trustee
USPTRegion13.KC.ECF@usdoj.gov

Bank of Lee's Summit
PO Box 347
Lees Summit, MO  64063-0347

Cavalry SPV I LLC Assignee of Sprint
c/o Underwood Law Firm
515 Olive Street Ste 800
St. Louis, MO  63101

*/s/ Gary D. Barnes*
Gary D. Barnes

KCP-4162331-1